IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BOYD BRINLEE CAMPBELL                                                    PLAINTIFF

vs.                          Civil No. 1:20-cv-01010

ANDREW CLYDE, CEO -MURPHY USA; and
ROGER JENKINS, CEO – MURPHY OIL                          DEFENDANTS

## **ORDER**

       Before the Court is Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* and Motion for Service. ECF No. 1. In this Motion, Plaintiff states he has $2,000.00 in his checking account. Based upon this representation, the Court **DENIES** Plaintiff's Motion. Plaintiff is directed to pay the filing fee within fourteen (14) days of the date of this Order or this case is subject to dismissal.

**ENTERED this 14th day of April 2020.**

                                                      /s/ *Barry A. Bryant*
                                                      HON. BARRY A. BRYANT
                                                      U.S. MAGISTRATE JUDGE