IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

BOYD BRINLEE CAMPBELL                                               PLAINTIFF

v.                          Civil No. 1:20-cv-01010

ANDREW CLYDE, CEO -Murphy USA and
ROGER JENKINS, CEO-Murphy Oil                             DEFENDANTS

## ORDER

Before the Court is Plaintiff's Motion for Reconsideration as to Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*.  ECF No. 7.  The Court has reviewed the IFP application and finds it should be **GRANTED.**

The Court also **GRANTS** Plaintiff's Motion for Service.

This Court directs the U.S. Marshal to serve a copy of the Complaint filed on April 2, 2020 (ECF No. 1) and a copy of this order on Defendants by serving Defendants at the following address:

Andrew Clyde
CEO Murphy USA
200 E. Peach Street
El Dorado, Arkansas  71730

Rogers Jenkins
CEO Murphy Oil
300 Peach Street
El Dorado, Arkansas  71730

without prepayment of fees and costs or security thereof.  Defendants are ordered to answer within twenty-one (21) days from the date of service.

The Clerk is directed to prepare and issue a summons and a USM 285.

**IT IS SO ORDERED this 23rd day of April 2020.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE