IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

**BOYD BRINLEE CAMPBELL**                                                          **PLAINTIFF**

V.                              CASE NO. 1:20-CV-01010

**ANDREW CLYDE and ROGER JENKINS**                                      **DEFENDANTS**

## ORDER

Plaintiff Boyd Brinlee Campbell filed this action *pro se* on April 2, 2020. (Doc. 1). Mr. Campbell's Complaint claims that Defendants Andrew Clyde, identified as the CEO of Murphy USA, and Roger Jenkins, identified as the CEO of Murphy Oil Corp., committed intellectual property theft. Shortly after the Complaint was served, Defendants Clyde and Jenkins jointly filed a Motion to Dismiss (Doc. 12) alleging a lack of federal subject-matter jurisdiction and failure to state any plausible claims for relief. Mr. Campbell initially filed a response in opposition to the Motion (Doc. 16); however, today he filed an updated response agreeing that "this court lacks subject matter jurisdiction" and offering his "sincerest apologies for wasting your valuable time." (Doc. 19).

The Court construes Mr. Campbell's most recent filing (Doc. 19) as a request to voluntarily dismiss his case due to a lack of subject matter jurisdiction under Rule 41(a)(2). That request is granted, and **IT IS ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** on the Plaintiff's own motion.

**IT IS SO ORDERED** on this 30th day of June, 2020.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE